Mandamus Order against BOARD OF EDUCATION OF THE CITY OF YONKERS, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Kapper, Scudder and Tompkins, JJ.

In the Matter of the Judicial Settlement of the Intermediate Account of Proceeding of MANUFACTURERS TRUST COMPANY, as Executor, etc., of MICHAEL W. BUSH, Deceased. MARYLAND CASUALTY COMPANY, Appellant; MANUFACTURERS TRUST COMPANY and Others, Respondents.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Motion for stay denied. Present — Lazansky, P. J., Young, Kapper, Scudder and Tompkins, JJ.

In the Matter of the Estate of SAMUEL C. COLLINS, Deceased.— Motion to dismiss appeal denied upon condition that appellants perfect the appeal for the October term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Lazansky, P. J., Young, Kapper, Scudder and Tompkins, JJ.

In the Matter of the Application for Removal from Office of JOHN DEANS, WILLIAM H. GARTELMANN, ELIPHALET BUNCE and RUDOLPH A. SMITH.— Motion for removal of town officers denied upon the ground that the facts do not show a violation of section 1868 of the Penal Law. Lazansky, P. J., Scudder and Davis, JJ., concur; Young and Carswell, JJ., concur in the denial of the motion in so far as it affects the town auditors, but dissent in so far as it affects respondent Deans, being of opinion that although Mr. Deans is a man of the strictest integrity and acted without intent to violate the statute in any particular, the record shows a clear violation thereof on his part. (Matter of Jackson [Yerks], 231 App. Div. 838; Matter of Moran, 145 id. 642.)

In the Matter of Supplementary Proceedings: ROBERT KRAUSS FLOORING Co., INC., Respondent, v. KASAL REALTY CORPORATION and ARNOLD ALBERT, Appellants.— Motion to dismiss appeal denied upon condition that appellants perfect the appeal for Friday, June twelfth (for which day the case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Lazansky, P. J., Young, Kapper, Scudder and Tompkins, JJ.

In the Matter of the Application of MIRDAN REALTY Co., INC., Appellant, for an Order of Certiorari against HENRY L. CONNELL and Others, Constituting the Board of Standards and Appeals of the City of New York, Respondents, and ARTHUR E. WAKEMAN and Others, Intervening Respondents.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Kapper, Scudder and Tompkins, JJ.

In the Matter of the Application of COUNTY OF WESTCHESTER, by THE WESTCHESTER COUNTY SANITARY SEWER COMMISSION, etc., Appellant, to Acquire Easements in and through Lands of LOUIS J. SNYDER, GERTRUDE A. SNYDER, His Wife, and MORTIMER W. BYERS, Respondents.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Kapper, Scudder and Tompkins, JJ.

KINGS HIGHWAY DEVELOPMENT Co., INC., Respondent, v. FAMILY IMPORTING OLIVE OIL COMPANY, INC., and Others, Appellants.— Motion to dismiss appeal denied upon condition that appellants perfect the appeal for the October term (for which term the case is set down) and be ready for argument when reached;

otherwise, motion granted, with ten dollars costs. Present — Lazansky, P. J., Young, Kapper, Scudder and Tompkins, JJ.

LAND FINANCE CORPORATION, Respondent, v. FRANK GIORGIO, JR., Trustee in Bankruptcy of the NOX REALTY CORPORATION, Appellant, and Others, Defendants.— Motion to dismiss appeal denied upon condition that appellant perfect the appeal for the October term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Lazansky, P. J., Young, Kapper, Scudder and Tompkins, JJ.

RAY LEVY, Respondent, v. UTRECHT BUILDING CORPORATION and Others, Defendants. B. GOETZ & BRO., INC., ROMUALDO W. PALMIERI, JACOB BARKAN and ALPERT WOODWORKING CORPORATION, Intervening Appellants.— Motion for extension of time granted. Present — Lazansky, P. J., Young, Kapper, Scudder and Tompkins, JJ. Settle order on notice.

LEMUEL S. MATHEWS, Respondent, v. BOOTH & COMPANY, INC., and Another, Appellants.— Motion for stay denied. Present — Lazansky, P. J., Young, Kapper, Scudder and Tompkins, JJ.

GERTRUDE VIRGINIA TRUMPLETTE MATTESON, as Executrix, etc., of GERTRUDE A. TRUMPLETTE, Deceased, Respondent, v. NATHAN FELD, Respondent; WALLACE G. MATTESON, Appellant.— Motion to dismiss appeal dismissed. The record submitted shows that there is no appeal by defendant Matteson against defendant Feld, and if there were it would not be effective. (*Price* v. *Ryan*, 255 N. Y. 16.) Present — Lazansky, P. J., Young, Kapper, Scudder and Tompkins, JJ.

HENRY J. METZGER and HAROLD METZGER, Appellants, v. GARDENCORNER, INC., and THE GREAT ATLANTIC AND PACIFIC TEA COMPANY, Respondents.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Kapper, Scudder and Tompkins, JJ.

CHARLES NESSLER, Respondent, v. GEORGE H. EICHELBERGER, Appellant.— Motion for stay granted. Present — Lazansky, P. J., Young, Kapper, Scudder and Tompkins, JJ.

ESTHER PITE, Appellant, v. ALLIED REALTY CLEARING HOUSE, INC., and Others, Respondents; LADEN BUILDING CORPORATION and Others, Defendants. (Three Actions.) NORTH WOODSIDE BUILDING MATERIAL CORPORATION, Respondent, v. TILO ROOFING COMPANY, INC., Respondent; PARK MERCANTILE COMPANY, INC., and Others, Appellants; LADEN BUILDING CORPORATION and Others, Defendants. (One Action.) — Motion to dismiss appeals denied upon condition that appellants perfect the appeals for the October term (for which term the cases are set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Lazansky, P. J., Young, Kapper, Scudder and Tompkins, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JACK COHEN, Alias HARRY GREENBERG, Alias ZELIG COHEN, Alias JACK HARRIS, Appellant.— Motion to enlarge time granted upon condition that appellant perfect the appeal for the October, 1931, term, and case ordered on the calendar for Monday, October 5, 1931. Present — Lazansky, P. J., Young, Kapper, Scudder and Tompkins, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. RUBEL COAL AND ICE COMPANY, a Corporation, Appellant.— Motion to extend time to abate nuisance granted. Present — Lazansky, P. J., Young, Kapper, Scudder and Tompkins, JJ.